AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| MARY VENEZIANI, )<br>*Plaintiff* )<br>v. )<br>UNISON AGREEMENT CORPORATION )<br>*Defendant* ) | Case No. 2:22-cv-01789-RAJ |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Unison Agreement Corporation.

Date: 01/05/2023

*Attorney's signature*

Brent Caslin (WSBA #36145)
*Printed name and bar number*
Jenner & Block LLP
515 S. Flower Street, Suite 3300
Los Angeles, California 90071

*Address*

bcaslin@jenner.com
*E-mail address*

(213) 239-5100
*Telephone number*

(213) 239-5199
*FAX number*